IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BRIDGEFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOBBI JO SALAMON, et al. | : | No. 20-173 |

**O R D E R**

AND NOW, this 15th day of March, 2022, upon careful and independent consideration of the petition for writ of habeas corpus, amendment, Petitioner's memorandum of law, response, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Hon. C. Darnell Jones II
_____
C. DARNELL JONES, II, J.